```
                     IN THE UNITED STATES DISTRICT COURT
                     FOR THE MIDDLE DISTRICT OF GEORGIA
                              COLUMBUS DIVISION
```

| | | |
|---|---|---|
| IN RE MENTOR CORP. OBTAPE | * | |
| | | MDL Docket No. 2004 |
| TRANSOBTURATOR SLING PRODUCTS | * | 4:08-MD-2004 (CDL) |
| LIABILITY LITIGATION | * | |

## O R D E R

Presently pending before the Court is Defendant Mentor Worldwide LLC's motion to place certain cases in Phase V of this multidistrict litigation proceeding (ECF No. 863). Under the current Scheduling and Case Management Order, the parties may agree to place cases in Phase V. Scheduling & Case Mgmt. Order ¶ 11, ECF No. 710. The parties agree that the following cases should be placed in Phase V, so they are now in Phase V:

| Case Number | Name | Case Number | Name |
|---|---|---|---|
| 4:12-cv-00012 | Castillo | 4:13-cv-00215 | Bullen |
| 4:12-cv-00014 | Brown | 4:13-cv-00229 | Burke |
| 4:12-cv-00015 | Anglin | 4:13-cv-00247 | Jackson |
| 4:12-cv-00016 | Hostettler | 4:13-cv-00265 | Mock |
| 4:12-cv-00017 | Roberson | 4:13-cv-00303 | Padilla |
| 4:12-cv-00018 | Renner | 4:13-cv-00329 | Martinez |
| 4:12-cv-00019 | Wabsis | 4:13-cv-00330 | Martinez |
| 4:12-cv-00054 | Urbach | 4:13-cv-00353 | Harmen |
| 4:12-cv-00103 | Steele | 4:13-cv-00355 | Cox |
| 4:12-cv-00193 | Augustine | 4:13-cv-00356 | Bottjer |
| 4:12-cv-00315 | Covington | 4:13-cv-00358 | Zabinsky |
| 4:13-cv-00034 | Bedee | 4:13-cv-00368 | Ross |
| 4:13-cv-00046 | Champion | 4:13-cv-00378 | Barnes-Miller |
| 4:13-cv-00144 | Fudge | 4:13-cv-00388 | Austin |
| 4:13-cv-00192 | Davis | 4:13-cv-00396 | Arone |
| 4:13-cv-00201 | Brandt | 4:13-cv-00397 | Zonak |
| 4:13-cv-00202 | Cook | 4:13-cv-00414 | Mattingly |
| 4:13-cv-00203 | Reid | 4:13-cv-00419 | Mitchell |
| 4:13-cv-00204 | Weissert | 4:13-cv-00425 | Reyna |
| 4:13-cv-00208 | Anderson | 4:13-cv-00429 | Kuklies |

```
4:13-cv-00432  Miranda       4:14-cv-00156  Kettle
4:13-cv-00433  Williams      4:14-cv-00165  Geist
4:13-cv-00441  Haugen        4:14-cv-00168  Golden
4:13-cv-00462  Stroligo      4:14-cv-00169  Marischeil
4:13-cv-00465  Ohrt          4:14-cv-00170  Green
4:13-cv-00505  Ocasio        4:14-cv-00171  Jenkins
4:14-cv-00012  Evans         4:14-cv-00172  Prano
4:14-cv-00013  Thrower       4:14-cv-00173  Stanford
4:14-cv-00014  Edwards       4:14-cv-00185  LaRoche
4:14-cv-00017  McKnight      4:14-cv-00186  Krummel-
4:14-cv-00031  Belcher                      McCracken
4:14-cv-00053  Lewis         4:14-cv-00199  McMath
4:14-cv-00054  Dacey         4:14-cv-00200  Willis
4:14-cv-00073  Bender        4:14-cv-00201  Yandle
4:14-cv-00088  Wright        4:14-cv-00202  Edelblute
4:14-cv-00095  McKee         4:14-cv-00212  Harmon
4:14-cv-00114  Mancil        4:14-cv-00213  Tule
4:14-cv-00118  Sides         4:14-cv-00214  Ydrogo
4:14-cv-00124  Daughtery     4:14-cv-00215  Vogel
4:14-cv-00150  Mero          4:14-cv-00217  Hayes
4:14-cv-00152  Douglas       4:14-cv-00220  Garcia
4:14-cv-00155  Kinsey        4:14-cv-00233  Olvera
```

IT IS SO ORDERED, this 15th day of September, 2014.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE